M. P. No. 469. VIRGINIA M. CARMODY *v.* ROBERT T. CARMODY. Order of Family Court denying petitioner's application for issuance of a dedimus potestatem addressed to a notary public of Los Angeles County in the State of California quashed because it was an abuse of discretion to refuse such permission on the ground of petitioner's refusal to advance expenses of counsel for respondent to go to California to attend the taking of depositions. The papers remanded to Family Court. *Edwards & Angell, Gerald Harrington,* for petitioner. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for respondent.

M. P. No. 478. CALORE RIGGING CORP. *v.* STERLING ENGINEERING & CONST. Co. Certiorari denied. *John A. Varone,* for petitioner-appellee. *Adler, Pollock & Sheehan, Peter L. Kennedy,* for respondent-appellant.

M. P. No. 482. MARTIN MALINOU *v.* BOARD OF ELECTIONS. Certiorari denied. *Martin Malinou,* for petitioner. *Stephen F. Achille,* for respondent.

### July 16, 1968.

M. P. No. 129. MATTER OF ROBERT J. CONLEY. This cause came on to be heard before the Court on July 16, 1968 on the application of Robert J. Conley to be reinstated as a member of the Bar of this State. After hearing arguments of petitioner in support of the application, and there appearing to be no objection thereto on the part of the Investigating Committee, the Court is of the opinion that the disciplinary punishment heretofore meted out to petitioner has substantially served its purpose and the ends of justice have thereby been fully met. Therefore, it is ORDERED, ADJUDGED AND DECREED that said petitioner Robert J. Conley be and he hereby is reinstated as a member of the Bar of this State in accordance with the prayer of his application. *William McGair,* for petitioner.

M. P. No. 483. FRIENDLY FINANCE CORP. *v.* ANTHONY CALISE, *alias.* Certiorari granted. *Domenic Todino* and *Gordon C. Mul-*

*ligan,* for appellee-plaintiff. *Marvin A. Brill,* for appellant-defendant.

July 26, 1968.

M. P. No. 208. James Edward McParlin *v.* Harold V. Langlois, *Warden.* Reargument denied. *James Cardono,* Public Defender, *William F. Reilly,* Special Counsel to Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 488. Rose V. Brooks Trobe *v.* Rhode Island Hospital Trust Company. Petition to allow an appeal to be taken and prosecuted from the decree of the Probate Court of the City of Newport dated May 2, 1968 admitting to probate an alleged last will and testament of Irene H. MacIlravy dated January 3, 1967, pursuant to G. L. 1956, §9-21-6, as amended, granted. *Edwin O. Halpert,* for petitioner. *Corcoran, Peckham & Hayes, Edward B. Corcoran,* of counsel, for respondent.

M. P. No. 491. Arthur J. Peters *v.* Harold V. Langlois. Certiorari denied. *Arthur J. Peters,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 493. Joseph J. Macioci, *Guardian* ad Litem of Rose Smith *v.* Estate of Abraham G. Smith, *et als.* Certiorari denied. *Macioci & Grimm, Joseph J. Macioci* and *E. Paul Grimm,* for petitioner. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle,* of counsel, Guardian for Anna Smith Rubin.

Ex. &c. No. 10722. State *v.* Marc Mickey Page. Reargument denied. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for complainant. *James Cardono,* Public Defender, *Eugene F. Toro,* Special Counsel to Public Defender, for defendant.

Appeal No. 256. Thomas Le Blanc and Doris Le Blanc, *et al. v.* Stanlye Balon d/b/a Blackstone Catering Co. Second motion for leave to file petition for reargument denied.